# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Bridget M. McCormack,
Chief Justice

December 20, 2019

David F. Viviano,
Chief Justice Pro Tem

160532

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* DEAN, Minors.

SC: 160532
COA: 347946
Leelanau CC Family Division:
  15-009603-NA

_____/

      On order of the Court, the application for leave to appeal the October 15, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2019



Clerk

s1217